IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JESSICA WURZEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-01242-DII |
| | § | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jessica Wurzel and Defendant Sun Life Assurance Company of Canada (together, the "Parties"), through the undersigned counsel, announce to the Court that the Parties have agreed to a settlement of the matters in controversy in this lawsuit. The Parties request thirty (30) days to finalize the settlement and file their dismissal pleadings.

Respectfully submitted,

By: */s/ Britney McDonald*
    Britney Anne Heath McDonald
    State Bar No. 24083158
    britney@marcwhitehead.com

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP
403 Heights Blvd.
Houston, TX 77007
Tel: 713.228.8888
Fax: 855.842.2860

ATTORNEYS FOR PLAINTIFF
JESSICA WURZEL

By: */s/ Bill E. Davidoff*
    Bill E. Davidoff
    Attorney-in-Charge
    State Bar No. 00790565
    S.D. No.: 19513
    bill.davidoff@figdav.com

FIGARI +DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
214.939.2000 – Tel.
214.939.2090 – Fax

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on April 29, 2024 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

*/s/ Bill E. Davidoff*
Bill E. Davidoff